# Third District Court of Appeal
## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0174
Lower Tribunal No. 22-35281 SP
_____

**Park Place Surgery Center, LLC,
a/a/o Shaketa Smith,**
Appellant,

vs.

**Auto Club Insurance Company of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Daly & Barber, P.A., and John C. Daly and Matthew C. Barber (Plantation), for appellant.

Cole Scott & Kissane, P.A., and Michael A. Rosenberg and Amanda H. Wasserman (Plantation), for appellee.

Before LINDSEY, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Fuhrman v. Sara G 01, LLC, 373 So. 3d 1171, 1171 (Fla. 3d DCA 2022) ("[T]he lack of a trial transcript or a proper substitute results in a record that is inadequate to demonstrate reversible error and requires affirmance." (citing Umana v. Citizens Prop. Ins. Corp., 282 So. 3d 933, 934-35 (Fla. 3d DCA 2019))).